# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                              :
                                                    :        Chapter 13
    HENRY S. YOUNG                          :
                                                    :        Bankruptcy No. 17-16108 (ELF)
                   Debtor.         :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW ENTRY OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Proof of Claim (Claim No. 10-2) filed by the City of Philadelphia on March 12, 2018.

                                        Respectfully submitted,

                                        THE CITY OF PHILADELPHIA

Dated: April 13, 2018        By:   /s/ Megan N. Harper
                                           Megan N. Harper
                                           Deputy City Solicitor
                                           City of Philadelphia Law Department
                                           1401 JFK Blvd., 5th Floor
                                           Philadelphia, PA  19102-1595
                                           215-686-0503 (phone)
                                           215-686-0588 (facsimile)
                                           Email: Megan.Harper@Phila.gov