**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-----------------------------------------------------x
In re:                            :

                                 :       Chapter 13

    HENRY S. YOUNG           :

                                 :       Bankruptcy No. 17-16108 (ELF)

                    Debtor.     :
-----------------------------------------------------x

**<u>PRAECIPE TO WITHDRAW PRAECIPE TO WITHDRAW</u>**

TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly withdraw the Praecipe to Withdraw Entry of Appearance (Docket No. 24)
filed by the City of Philadelphia on April 13, 2018.

                            Respectfully submitted,

                            THE CITY OF PHILADELPHIA

Dated: April 16, 2018      By:    /s/ Megan N. Harper
                            Megan N. Harper
                            Deputy City Solicitor
                            City of Philadelphia Law Department
                            1401 JFK Blvd., 5th Floor
                            Philadelphia, PA  19102-1595
                            215-686-0503 (phone)
                            215-686-0588 (facsimile)
                            Email: Megan.Harper@Phila.gov