### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                           :
                                                 :    Chapter 13
    HENRY S. YOUNG                               :
                                                 :    Bankruptcy No. 17-16108 (ELF)
                Debtor.                          :
-------------------------------------------------x
```

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Proof of Claim (Claim No. 10-2) filed by the City of Philadelphia on March 12, 2018.

 

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: April 16, 2018      By:   /s/ Megan N. Harper
                                                           Megan N. Harper
                                                           Deputy City Solicitor
                                                           City of Philadelphia Law Department
                                                           1401 JFK Blvd., 5th Floor
                                                           Philadelphia, PA  19102-1595
                                                           215-686-0503 (phone)
                                                           215-686-0588 (facsimile)
                                                           Email: Megan.Harper@Phila.gov