IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                        :      Chapter 13

Henry S Young
      Debtor                  :      No.  17-16108-elf
```

CERTIFICATE OF SERVICE of FIRST AMENDED PLAN

   I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's First Amended Chapter 13 Plan has been served on all priority and secured creditors.

The following creditors have been served by electronic mail:

Megan N Harper on behalf of City of Philadelphia
megan.harper@phila.gov

Kevin G McDonald on behalf of US Bank National Association
bkgroup@kmllawgroup.com

Date: May 22, 2018           /s/ David M. Offen
                             David M. Offen
                             Attorney for Debtor(s)