United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16108-elf
Henry S Young                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: CarolP            Page 1 of 2              Date Rcvd: Oct 17, 2018
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db             Henry S Young,    4509 1/2 Brown Street,    Philadelphia, PA   19139
13980454      +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
               Philadelphia, PA 19106-1538
13980456      +MRS BPO,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13992522      +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:47:10     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2018 02:46:50     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:47:09     City of Philadelphia,
               Law Department,   c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
14059980       E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:47:10     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13980452      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 02:53:59     Capital One,
               Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
13980453      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 18 2018 02:54:01     Credit One Bank Na,
               Po Box 98873,    Las Vegas, NV 89193-8873
13980455      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2018 02:46:34     Midland Funding,
               Attn: Bankruptcy,   Po Box 939069,    San Diego, CA 92193-9069
13980458      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 18 2018 02:46:07     PECO,
               2301 Market Street,    Philadelphia, PA 19103-1380
14031417      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 18 2018 02:46:07     PECO Energy Company,
               2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
13980457      +E-mail/Text: blegal@phfa.org Oct 18 2018 02:46:37     Pa Housing Finance Age,    Po Box 8029,
               Harrisburg, PA 17105-8029
14021767       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2018 02:46:31
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg PA 17128-0946
14048517      +E-mail/Text: blegal@phfa.org Oct 18 2018 02:46:37     U.S. Bank National Association,
               c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
13980459      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 18 2018 02:45:57
               Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
14021798       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2018 02:54:20     Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
13980460       E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:47:09     Water Revenue Bureau,
               1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: CarolP              Page 2 of 2                  Date Rcvd: Oct 17, 2018
                              Form ID: pdf900           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
    DAVID M. OFFEN    on behalf of Debtor Henry S Young dmo160west@gmail.com,
     davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
    KEVIN G. MCDONALD    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
     PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
    LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
     PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
    MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
     karena.blaylock@phila.gov
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                               TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HENRY S YOUNG        Chapter 13

Debtor        Bankruptcy No. 17-16108-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: October 17, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
HENRY S YOUNG

4509 1/2 BROWN STREET

PHILADELPHIA, PA 19139